## ALLEY v. WIKLE.

*Simmons, C. J.*—The legal questions presented are of no material or controlling weight, and the case really depended upon the evidence. This being so, and the testimony being decidedly conflicting, this court will not overrule the judgment rendered by the trial judge, who, by consent, tried the case without the intervention of a jury.                    *Judgment affirmed.*

May 11, 1896. Argued at the last term.

Exceptions to auditor's report. Before H. H. Dean, judge *pro hac vice*. Rabun superior court. February term, 1895.

*W. T. Crane*, for plaintiff.
*J. W. H. Underwood*, for defendant.

---

## HIGHSMITH v. MARTIN & HUNT.

*Lumpkin, J.*—The trial judge committed no error, and the evidence demanded the verdict.                    *Judgment affirmed.*

May 11, 1896. Argued at the last term.

Complaint on note. Before Judge Smith. City court of Hall county. May term, 1895.

*Perry & Craig*, for plaintiff in error.
*J. B. Estes, H. Estes* and *J. C. Boone*, contra.